

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00195-CV

| | | |
|---|---|---|
| IN THE INTEREST OF R.H. AND H.H., CHILDREN | § | On Appeal from the 324th District Court |
| | § | of Tarrant County (324-591612-16) |
| | § | January 9, 2025 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the modification order of the trial court is affirmed.

It is further ordered that Appellant G.H. must pay all the costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
        Justice Mike Wallach